EL PUEBLO, DEMANDANTE Y APELADO, v. FLORES, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por delito de calumnia e injuria.

No. 880.—Resuelto en febrero 8, 1916.

CALUMNIA E INJURIA—MEETING PÚBLICO—PROSTITUCIÓN.—Constituye el delito de calumnia e injuria dentro de las prescripciones de los artículos 2 y 3 de la Ley de marzo 9, 1911, el proferir desde una tribuna pública y en menoscabo de la honra y buena reputación de un alcalde, las siguientes frases: ''Tú has hecho un hospital para enfermos y es un centro de prostitución.''

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Francisco González y Manuel F. Rossy.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. HUTCHISON emitió la opinión del tribunal.

El acusado y apelante fué declarado culpable, primero en la Corte Municipal de San Lorenzo y luego al celebrarse el juicio *de novo* en la Corte de Distrito de Humacao por un delito de calumnia e injuria, a virtud de una acusación en la cual se le imputaban los hechos siguientes:

"Que en 18 de octubre de 1914, y hora de las 9 p. m., y en el pueblo de Juncos, P. R., del Distrito Judicial del Juzgado de Paz de Juncos, que forma parte del Distrito Judicial Municipal de San Lorenzo, y por tanto dentro del Distrito' Judicial de Humacao, P. R., y en momentos en que se celebraba un mitin del partido Obrero Insular, en la plaza pública 'La Autonomía,' el referido acusado voluntaria, maliciosa y criminalmenté, y desde la tribuna pública sita en dicha plaza profirió frases calumniosas y entre otras las de 'Alcalde de Juncos, tú has hecho un hospital para enfermos y es un centro de prostitución,' frases éstas tendentes a menoscabar la honra y buena reputación del Alcalde de Juncos, y todas las personas que viven en dicho hospital."

El Jefe de Distrito de la Policía Insular que fué quien formuló la denuncia manifiesta en su declaración que oyó decir al acusado: "Alcalde de Juncos, a tí me dirijo: has hecho un hospital para enfermos, y es un centro de prostitución."

José Barreras, Alcalde de Juncos, declara que el acusado dijo: "Tenemos sed de sangre; (y señalando para donde el que habla) a tí me dirijo Alcalde de Juncos: has hecho un hospital para enfermos, y es un centro de prostitución."

Contestando a una pregunta hecha por la corte declara el alcalde "que él es el jefe administrador del hospital, porque como alcalde y como médico que es también, atiende en él algunas veces a los heridos; que hay médico director del hospital, que es el que atiende a los enfermos, pero que en cuanto a la alimentación y demás, el administrador del hospital es el alcalde."

El testigo Fulgencio Piñero cita las siguientes frases del acusado: "A tí me dirijo Alcalde de Juncos: tenemos sed de

sangre; has hecho un hospital para enfermos y es un centro de prostitución.''

El acusado subió a la silla de los testigos y declaró: ''Que el día a que se refiere la denuncia ocupó la tribuna pública, y manifestó que el alcalde de Juncos había hecho una plaza, un hospital, una cárcel y un matadero, y un hospital que según díceres del pueblo, se había convertido en un centro de prostitución, llamando la atención del Dr. Barreras como alcalde, solamente por un hecho que había pasado entre una hija de Juncos y el médico encargado del hospital, según *affidavit* que suscribieron cuatro testigos; que no se refería al Dr. Barreras, el Alcalde de Juncos, como autor de ningún hecho, sino que se decía en el pueblo que V. Q. había tenido contacto carnal en el hospital, porque fué informado por varias personas de Juncos, que V. Q. había tenido contacto carnal en el hospital con el Dr. R. F.; que al dirigirse al Dr. Barreras, no se refería a él, sino para que hiciese una investigación como autoridad suprema del pueblo. Repreguntado por el Fiscal declaró, que anteriormente citó al alcalde con arreglo a la sección 20 de la Ley Municipal, y no hizo ninguna investigación y luego volvió y lo citó y tampoco hizo la investigación, y también en la tribuna se lo dijo esa noche, con la intención de satisfacer al pueblo lo que de público se decía. Examinado nuevamente por la defensa declaró que se refería al Dr. R. F., médico encargado del hospital de Juncos, y que el hecho ocurrió con una señora que era *nurse* del mismo hospital.''

Se alega que la corte sentenciadora cometió error primero al declarar sin lugar la excepción perentoria que se formuló a la denuncia por el fundamento de que los hechos imputados no constituyen un delito público, y luego al declarar culpable al acusado de un delito de calumnia e injuria.

Creemos que las palabras pronunciadas por el acusado están claramente comprendidas en las prescripciones de los artículos 2 y 3 de la ley de marzo 9, 1911, los cuales son como sigue:

"Artículo 2.—Entiéndase, también, por calumnia toda palabra o concepto proferido maliciosa y públicamente en deshonra, descrédito, menosprecio de otra persona natural o jurídica."

"Artículo 3.—Se presumirá maliciosa y será calumnia procesable toda expresión calumniosa hecha públicamente en presencia o en ausencia de la persona agraviada."

La sentencia dictada por la corte sentenciadora está enteramente sostenida por la prueba y debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. del Toro no intervino en la resolución de este caso.